IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: June 23, 2010 |
| Court Reporter: | Paul Zuckerman | |

Criminal Action No. 09-cr-00158-MSK

*Parties*:  *Counsel Appearing:*

UNITED STATES OF AMERICA,  Linda McMahan
  Suneeta Hazra
      Plaintiff,

v.

CLIFFORD H. LEONARD,  Wilbur Smith
JODY STAMP,  Kevin McGreevy
  Darlene Bagley
      Defendant.

## COURTROOM MINUTES

HEARING:    Motions

**4:44 p.m.**    **Court in session.**

The Court addresses Motions for 702 Hearings (**Doc. #168, #190**)

**ORDER:**    The Motions for 702 Hearings (**Doc. #168, #190**) are **GRANTED**, as the hearings have already been held.

The Court addresses defendant Leonard and Stamp's Motions to Sever (**#64, #72, #170**)

The Court defers ruling on the Motions to Sever at this time.

**ORDER:**    Defendants Leonard and Stamp will file any supplements to the Motions to Sever by **July 20, 2010.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses defendant's Motion for Disclosure 404(b) Evidence (**Doc. #65**).

**ORDER:** Defendant's Motion fo Disclosure of 404(b) Evidence (**Doc. #65**) is **DENIED as moot.**

The Court addresses defendant's Motion in Limine (**Doc. #66**). This motion will be addressed at time of trial.

The Court addresses setting the matter for trial.

Counsel for Defendant Stamp orally moves to withdraw Motions to Sever (**Doc. #72, #170**)

**ORDER:** Defendant Stamp's oral motion to withdraw Motions to Sever (**Doc. #72, #170**) is **GRANTED.** The Motions are deemed **WITHDRAWN**.

**ORDER:** Trial is set **August 9, 2010 at 1:30 p.m.** (5 days). All subsequent days of trial will begin at 8:30 a.m., unless counsel are notified otherwise. If the case is not completed by August 13, 2010, the trial will continue on **August 16 at 1:30 p.m.** and August 17, 2010 (time to be decided), if necessary. The Final Trial Preparation Conference is set **July 28, 2010 at 4:00 p.m.** All proceedings will be held in Courtroom A901, 901 19th Street, Denver, CO.

**5:04 p.m.** **Court in recess.**

**Total Time: 20 minutes.**
**Hearing concluded.**